UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LARCE SPIKES,**     Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-8164** |
| **DR. CASEY MCVEA, ET AL.,**     Defendants | **SECTION: "E" (2)** |

### ORDER

A telephone conference in this matter has been scheduled for **Thursday, October 14, 2021, at 11:00 a.m.** The Court will provide all counsel with the call-in instructions necessary to participate in this conference.

New Orleans, Louisiana, this 16th day of September, 2021.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**