UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LARCE SPIKES,** | * | CIVIL ACTION |
|     **Plaintiff** | * | |
| | * | NO. 17-8164 "E" (2) |
| **VS.** | * | |
| | * | JUDGE SUSIE MORGAN |
| **DR. CASEY MCVEA, ET AL.** | * | |
|     **Defendants** | * | MAG. JUDGE CURRAULT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEAL

**NOW INTO COURT,** through undersigned counsel, come Defendants Lesley Wheat, Paula Stringer, Robin Bowman, Conrad "Chip" McVea III, Janet McVea Williams, and Jacob O. McVea, who give notice that they appeal to the United States Court of Appeals for the Fifth Circuit from the district court's "Order and Reasons" entered on May 03, 2022,[1] and its "Order and Reasons" entered on December 27, 2018.[2]

Date: June 1, 2022.

Respectfully submitted,

JEFF LANDRY
ATTORNEY GENERAL

BY: *s/Angela J. O'Brien*
**ANGELA J. O'BRIEN (#34010)**
**Assistant Attorney General**
Louisiana Department of Justice
Litigation Division
1450 Poydras Street, Suite 900
New Orleans, Louisiana 70112
Phone: (504) 599-1200
Fax:    (504) 599-1201
Email: O'BrienA@ag.louisiana.gov

---

[1] Doc. 150.
[2] Doc. 113.